RECEIVED
IN ALEXANDRIA, LA.

JAN 21 2010

TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| EDWARD KENNEDY<br>    FED. REG. NO. 11295-016<br>VS.<br><br>WARDEN, FEDERAL CORRECTIONS<br>INSTITUTE, OAKDALE, LA | CIVIL ACTION NO. 09-0108<br><br>SECTION P<br><br>JUDGE TRIMBLE<br><br>MAGISTRATE JUDGE KAY |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that petitioner's petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. §2241 be **DISMISSED WITH PREJUDICE** for failing to state a claim for which *habeas corpus* relief may be granted.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 21st day of January, 2010.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE